Case 5:22-cv-01382-NC   Document 13   Filed 05/17/22

FILED

May 17 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rui HU, Xiaozhou ZHENG, Rui Hu on behalf of his minor child, Y n. H., Rui Hu on behalf of his minor child, Yi. H.; <br><br> Shan CHENG, Shan Cheng on behalf of her minor child J.C.; <br><br> Qi GUO, Minji GU, Jialei GU; <br><br> Li-Yu CHANG, Ko-Ching CHANG; <br><br> Sidney GUIMARAES SOARES, Priscila HOLANDA GODOY, Sidney Guimaraes Soares on behalf of his minor child E.S.; <br><br> Carlos Augusto RELVAS DIAS DA SILVA, Alessandra DIREITO VIEIRA DE MELLO, Guilherme VIEIRA DE MELLO RELVAS DIAS, Gustavo VIEIRA DE MELLO RELVAS DIAS; <br><br> Anshul GUPTA, Roopsi CHALANA; <br><br> and <br><br> Shermin Natty Cosses ALMEIDA, Peter ALMEIDA, Siddharth ALMEIDA, <br><br>                 Plaintiffs, <br>   v. <br><br> Ur M. JADDOU, Director, U.S. Citizenship and Immigration Services, <br>                 Defendant. | CASE NO. 5:22-cv-01382-NC <br><br> **STIPULATED DISMISSAL AND ORDER** |

STIPULATED DISMISSAL
5:22-CV-01382-NC

|   |   |
|---|---|
|   | ) |
|   | ) |
|   | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree to stipulate to dismiss this case on the following terms:

1. Defendant United States Citizenship and Immigration Services ("USCIS") agrees to adjudicate the Plaintiffs' Forms I-829, Petition by Investor to Remove Conditions on Permanent Resident Status, on the following schedule/timeline:

| Principal Plaintiff (WAC#) | New Commercial Enterprise | Deadline for Initial Adjudicative Action from the Date of the Execution of this Stipulation |
|---|---|---|
| Rui HU (WAC2090099956) | Regency Venture Fund Maui, LLLP | 90 days |
| Shan CHENG (WAC2090052578) | Regency Venture Fund Maui, LLLP | 90 days |
| Qi GUO (WAC1990306659) | Regency Venture Fund Maui, LLLP | 90 days |
| Li-Yu CHANG (WAC1990244801) | Regency Venture Fund Maui, LLLP | 90 days |
| Carlos Augusto RELVAS DIAS DA SILVA (WAC1990330927) | CMB Maryland Infrastructure Investment Group 37, LP | 90 days |
| Sidney GUIMARAES SOARES (WAC2190051090) | A-Squared Domino Opportunity I LP | 120 days |
| Anshul GUPTA (WAC2190123004) | CMB Infrastructure Investment Group 64, LP | 150 days |
| Shermin Natty Cosses ALMEIDA (WAC2190131306) | MM Hotel Times Square LLC | 150 days |

2. Should USCIS's Immigrant Investor Program Office ("IPO") issue a Request for Evidence ("RFE") or a Notice of Intent to Deny ("NOID"), the IPO agrees to a 60-day timeframe for taking the next adjudicative action upon receiving a response thereto (e.g. a decision or subsequent RFE or NOID). This 60-day timeframe would be applicable to adjudicating all subsequent interim

STIPULATED DISMISSAL
5:22-CV-01382-NC

adjudications (e.g. a response to a second RFE).

3.  Within thirty days of the execution of settlement agreement, USCIS will provide Plaintiffs' counsel with a "Biometrics Report" indicating which, if any, Plaintiffs still require biometric collection in order to adjudicate his or her Form I-829 filing. If any such Plaintiff does require biometrics collection as per the Biometrics Report, USCIS will place that person in the queue to schedule a biometrics appointment within thirty days of transmitting the Biometrics Report.

4.  IPO will work to ensure that all data entered into USCIS systems for Lawful Permanent Resident card production is correct at the time of final adjudication to minimize the risk of delay.

5.  This settlement agreement is contingent upon no new plaintiffs being added to the lawsuit.

6.  If Plaintiffs believe there is a breach of this agreement, Plaintiffs agree to give Defendant's counsel notice and seven days to remedy such breach prior to seeking judicial intervention.

7.  If Defendant is unable to meet these deadlines for reasons out of its control, Defendant agrees to notify counsel for Plaintiffs and Plaintiffs' counsel agrees to work in good faith with Defendant in an effort to resolve the issue without judicial intervention. This does not preclude either Plaintiffs or Defendant from seeking judicial intervention if they cannot come to an agreement.

8.  The parties agree to bear their own costs and fees.

Dated: May 17, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Elizabeth Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: May 17, 2022

 */s/ Matthew T. Galati*
Matthew T. Galati *(Pro Hac Vice)*
Attorney for Plaintiffs

```
                                           /s/ Kevin J. Cole
                                           Kevin J. Cole
                                           Attorney for Plaintiffs
```

**[ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is dismissed without prejudice.

Date: May 17, 2022



_____
NATHA
Unite S

STIPULATED DISMISSAL
5:22-CV-01382-NC